**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-6947**

───────────

RONESHA GREENE-MCNEIL,

        Petitioner - Appellant,

    v.

WARDEN,

        Respondent - Appellee.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:24-cv-00414)

───────────

Submitted:  June 25, 2026                                      Decided:  June 30, 2026

───────────

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ronesha Greene-McNeil, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronesha Greene-McNeil, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Greene-McNeil's 28 U.S.C. § 2241 petition in which she challenged the execution of her sentence. The district court found that Greene-McNeil failed to exhaust her administrative remedies for the claims she raises on appeal and that she failed to demonstrate that exhaustion would have been futile. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Greene-McNeil v. Warden*, No. 1:24-cv-00414 (S.D. W. Va., Sep. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*